FILED
8/31/17 4:20 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: ) | |
| Suzanne Surin, ) | Case No. 17-23206 |
|     Debtor, ) | Chapter 13 |
| ) | |
| Suzanne Surin, ) | |
|     Movant, ) | |
| ) | Related Dkt. No. 7 |
| vs. ) | Hearing date and time: |
| ` ) | September 6, 2017 at 10:30 am |
| Atlantic Credit and Finance, Dentsche Bank ) | |
| National Trust, Duquesne Light,PWSA,Verizon,and ) | |
| Ronda J. Winnecour, Trustee, ) | |
|     Respondents. ) | |

ORDER OF COURT

AND NOW, on this __31st__ day of __August__, 2017 upon consideration of the Debtors Motion to Extend The Automatic Stay Beyond 30 Days. It is hereby ADJUDGED, DECREED and ORDERED that the Debtors Motion is GRANTED.

Prepared by: __Franklin Robinson, Esq.__

**DEFAULT ENTRY**

Dated: __August 31, 2017__

Gregory L. Taddonio   hct
United States Bankruptcy Judge

cm: Franklin Robinson, Esq.

United States Bankruptcy Court
Western District of Pennsylvania

In re:                                                                                          Case No. 17-23206-CMB
Suzanne Surin                                                                                   Chapter 13
       Debtor

## CERTIFICATE OF NOTICE

District/off: 0315-2          User: lfin                    Page 1 of 1                    Date Rcvd: Aug 31, 2017
                              Form ID: pdf900               Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Sep 02, 2017.
db             +Suzanne Surin,    1615 Chislett Street,    Pittsburgh, PA 15206-1312

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                                    TOTAL: 0

        ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                    TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 02, 2017                                     Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on August 31, 2017 at the address(es) listed below:
              Allison L. Carr    on behalf of Creditor    Duquesne Light Company acarr@bernsteinlaw.com,
               acarr@ecf.courtdrive.com;cwirick@ecf.courtdrive.com
              Franklin L. Robinson, Jr.    on behalf of Debtor Suzanne  Surin frobi69704@aol.com,
               flrlegal@excite.com
              James  Warmbrodt    on behalf of Creditor    Deutsche Bank National Trust Company, as Trustee for
               FFMLT Trust 2006- FF4, Mortage Pass-Through Certificates, Series 2006-FF4 bkgroup@kmllawgroup.com
              Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
              Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com
              S. James Wallace    on behalf of Creditor    Peoples Natural Gas Company LLC sjw@sjwpgh.com,
               Equitablebankruptcy@peoples-gas.com;srk@sjwpgh.com
                                                                                               TOTAL: 6