IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In Re: | ) | Bankruptcy No. 17-23206-CMB |
| | ) | Chapter 13 |
| Suzanne Surin, | ) | |
|    Debtor, | ) | |
| | ) | |
| Suzanne Surin, | ) | Related to Document No. 29 |
|    Movant, | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| Deutsche Bank National Trust Co., | ) | |
|    Respondent. | ) | |

## AMENDED LOSS MITIGATION ORDER

A *Motion for Loss Mitigation* was filed by Suzanne Surin on September 29, 2017. The Parties have had notice and an opportunity to object and the Court has reviewed any objections filed thereto.

AND NOW, THIS 20th day of October, 20 17, it is hereby **ORDERED** that::

(1) The following parties are directed to participate in the ***Court's Loss Mitigation Program (LMP)*** as set forth in W.PA.LBR 9020-1 through 9020-7.

    Debtor:    Suzanne Surin

    Creditor:    Deutsch Bank National Trust Co.

(2) ***During the Loss Mitigation Period***, the Debtor shall make (or cause to be made) adequate protection payments in the amount of $ 931.00 Per month to the Creditor or the Creditor's designee pursuant to W.PA.LBR 9020-3(g).

(3) ***Within fourteen (14) days from the entry of this Order***, the Creditor shall register and pst its intire Core LMP Package on the Portal (if not previously registered) pursuant to W.PA.LBR 9020-4(b).

(4) ***Within seven (7) days from the entry of this Order***, or the Creditor's registration on the Portal, whichever is later, the Debtor shall upload a completed Core LMP Package through the Portal pursuant to W.PA.LBR 9020-4(c).

(5) *Within fourteen (14) days of the debtor's submission of the Core LMP Package*, the Creditor shall acknowledge reciept and designate a single point of contact for the Debtor's review, ursuant to W.PA.LBR 9020-4(d).

(6) *Within sixty (60) days from the entry of this Order*, the Debtor shall file and serve upon all interested parties and LMP Status Report, pursuant to W.PA.LBR 9020-4(e).

(7) One hundred twenty (120) days from the entry of this Order, the LMP Period shall terminate unless extended pursuant to W.PA.LBR 9020-5 (b).

(8) *Within seven (7) days of the termination of the Loss Midigation Period*, the Debtor shall submit an LMP Final Report pursuant to W.PA.LBR 9020-4(f).

(9) Debtor shall *immediately* serve a copy of this Order on Creditor and file a certificate of service evidencing same.

_____
UNITED STATES BANKRUPTCY JUDGE

FILED
10/20/17 3:51 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

United States Bankruptcy Court
Western District of Pennsylvania

In re:                                                                        Case No. 17-23206-CMB
Suzanne Surin                                                                 Chapter 13
        Debtor

## CERTIFICATE OF NOTICE

District/off: 0315-2         User: dric               Page 1 of 1              Date Rcvd: Oct 20, 2017
                             Form ID: pdf900          Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Oct 22, 2017.
db             +Suzanne Surin,    1615 Chislett Street,    Pittsburgh, PA 15206-1312

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                              TOTAL: 0

              ***** BYPASSED RECIPIENTS *****
NONE.                                                                                              TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 22, 2017                              Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on October 20, 2017 at the address(es) listed below:
              Allison L. Carr    on behalf of Creditor    Duquesne Light Company acarr@bernsteinlaw.com,
               acarr@ecf.courtdrive.com;cwirick@ecf.courtdrive.com
              Franklin L. Robinson, Jr.    on behalf of Debtor Suzanne  Surin frobi69704@aol.com,
               flrlegal@excite.com
              James Warmbrodt    on behalf of Creditor    Deutsche Bank National Trust Company, as Trustee for
                FFMLT Trust 2006- FF4, Mortage Pass-Through Certificates, Series 2006-FF4 bkgroup@kmllawgroup.com
              Jeffrey R. Hunt    on behalf of Creditor    Pittsburgh Water & Sewer Authority jhunt@grblaw.com,
               cnoroski@grblaw.com
              Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
              Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com
              S. James Wallace    on behalf of Creditor    Peoples Natural Gas Company LLC sjw@sjwpgh.com,
               Equitablebankruptcy@peoples-gas.com;srk@sjwpgh.com
                                                                                               TOTAL: 7