# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In Re: Suzanne Surin | Bankruptcy No.17-23206 |
| Debtor | Chapter 13 |
| Movant | Related to Document No. 30 |
| v. | |
| Specialized Loan Servicing, LLC | Hearing Date and Time: |
| Respondent | |

## LOSS MITIGATION STATUS REPORT

This **Loss Mitigation Status Report** and the attached printout of the *Account History Page* from the Portal are submitted pursuant to *W.PA.LBR 9020-4(e)*.

Part 1: Loss Mitigation Status

A. The Loss Mitigation process was commenced by a Loss Mitigation Order dated 10-20-2017 (the "LMO"), entered at document number 30, in the above-captioned case.
B. The Debtor **is** current with all adequate protection payments pursuant to the LMO.
C. The Creditor **has** registered and posted its entire Core LMP Package on the Portal pursuant to the LMO.
D. The Debtor **has** uploaded a completed Core LMP Package through the Portal pursuant to the LMO.
E. The Creditor **has** acknowledged receipt of the Debtor's submission of the completed Core LMP Package pursuant to the LMO.
F. The Creditor **has** designated Katina Hurst as the single point of contact pursuant to the LMO.

Part 2: Loss Mitigation Period

A. The Loss Mitigation Period is scheduled to terminate on 02-19-2018 pursuant to the LMO.

| | |
|---|---|
| 12-28-2017 | Suzanne Surin /s/ |
| *Date* | *Signed* |
| | Suzanne Surin |
| | *On Behalf of (Name of Debtor)* |
| | Franklin Robinson |
| | *Name of Filer* |
| | 5907 Penn Avenue Suite 200 Pittsburgh, PA 15206 |
| | *Address of Filer* |
| | flrquestions@aol.com |
| | *Email Address of Filer* |
| | (412) 363-6685 |
| | *Phone Number of Filer* |
| | Pennsylvania - 74464 |
| | *Bar I.D. and State of Admission* |