# UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF WESTERN PENNSYLVANIA
## CONCILIATION CONFERENCE MINUTES

### *Conciliation Conference:*

- **Debtor:** SUZANNE SURIN
- **Case Number:** 17-23206-CMB    **Chapter:** 13
- **Date / Time / Room:** THURSDAY, JANUARY 25, 2018 10:00 AM    3251 US STEEL
- **Hearing Officer:** CHAPTER 13 TRUSTEE

FILED
1/26/18 3:05 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

### *Matter:*

#10 - Final Confirmation of Plan Dated 8/14/2017 (NFC)
R / M #: 10 / 0

### *Appearances:*

Debtor: Robinson
Trustee: Winnecour / Pail / Katz
Creditor:

### *Proceedings:*

Outcome:

1. _____ Case Converted to Chapter 7
2. _____ Case Converted to Chapter 11
3. _____ Case Dismissed without Prejudice
4. _____ Case Dismissed with Prejudice
5. _____ Debtor is to inform Court within _____ days their preference to Convert or Dismiss
6. _____ The plan payment/term is increased/extended to _____, effective _____.
7. ___✓___ Plan/Motion continued to 5/10/19 at 9:30 AM
8. _____ An Amended Plan is to be served on all creditors and certificate of service filed by _____.
   Objections are due on or before _____.
   A hearing on the Amended Plan is set for _____ at _____.
9. _____ Contested Hearing: _____ at _____.
10. _____ Other:

1/19/2018  12:19:15PM