**Currently Viewing:**
Borrower Name: Surin, Suzanne
Property Address: 1615 Chislett Street Pittsburgh, PA 15206
Servicer Name: Specialized Loan Servicing, LLC
Loan Number: 1006425350

## Full History

| Date | Activity By | Action Taken |
|---|---|---|
| 10/27/2017 05:27:26 PM ET | Attorney | File Submitted |
| File Submitted by Franklin Robinson. The following documents were submitted: Surin (Loan #5350) - Loss Mitigation Order (Added 10-27-2017) | | |
| 10/30/2017 11:17:50 AM ET | Servicer | File Opened |
| File Opened by Katina Hurst | | |
| 10/30/2017 11:19:52 AM ET | Servicer | Message Sent |
| **From:** Katina Hurst<br>**Message:**<br>Hello-<br>Attached is a blank RMA to initiate the review process. Please complete and submit with supporting income documentation that will be mentioned on the RMA.<br>Thank you<br><br>**Attached Files:**<br>Surin (Loan #5350) - SLS Loan Mod Application (revision).pdf (Added 10-30-2017) | | |
| 12/15/2017 05:58:23 PM ET | Attorney | Message Sent |
| **From:** Franklin Robinson (Borrower Attorney)<br>**Subject:** RE: Message Sent<br>**Message:**<br>The documents are being submitted upon receipt from my client.  Attorney Robinson | | |
| 12/15/2017 06:25:15 PM ET | Attorney | Borrower Docs Uploaded |
| Franklin Robinson added the following documents: Surin (Loan #5350) - HAMP Request for Mortgage Assistance (RMA) (Added 12-15-2017) | | |
| 12/15/2017 06:26:35 PM ET | Attorney | Borrower Docs Uploaded |
| Franklin Robinson added the following documents: Surin (Loan #5350) - Uniform Borrower Assistance Form (Added 12-15-2017) | | |
| 12/15/2017 06:29:50 PM ET | Attorney | Borrower Docs Uploaded |
| Franklin Robinson added the following documents: Surin (Loan #5350) - (Added 12-15-2017) | | |
| 12/15/2017 06:31:15 PM ET | Attorney | Borrower Docs Uploaded |

| Date | Activity By | Action Taken |
|---|---|---|
| | | |
| Franklin Robinson added the following documents: Surin (Loan #5350) - Government Monitoring Data Update 1 (Added 12-15-2017) | | |
| 12/15/2017 06:32:59 PM ET | Attorney | Borrower Docs Uploaded |
| Franklin Robinson added the following documents: Surin (Loan #5350) - (Added 12-15-2017) | | |
| 12/15/2017 06:34:04 PM ET | Attorney | Borrower Docs Uploaded |
| Franklin Robinson added the following documents: Surin (Loan #5350) - IRS Form 4506-T (Borrower) Update 1 (Added 12-15-2017) | | |
| 12/15/2017 07:26:37 PM ET | Attorney | Borrower Docs Uploaded |
| Franklin Robinson added the following documents: Surin (Loan #5350) - Dodd-Frank Certification (Added 12-15-2017) | | |
| 12/15/2017 07:27:22 PM ET | Attorney | Borrower Docs Uploaded |
| Franklin Robinson added the following documents: Surin (Loan #5350) - Financial Statement (Added 12-15-2017) | | |
| 12/15/2017 07:28:11 PM ET | Attorney | Borrower Docs Uploaded |
| Franklin Robinson added the following documents: Surin (Loan #5350) - Borrower Authorization (Added 12-15-2017) | | |
| 12/15/2017 07:29:04 PM ET | Attorney | Borrower Docs Uploaded |
| Franklin Robinson added the following documents: Surin (Loan #5350) - Hardship Letter (Added 12-15-2017) | | |
| 12/15/2017 07:30:11 PM ET | Attorney | Borrower Docs Uploaded |
| Franklin Robinson added the following documents: Surin (Loan #5350) - Most Recent 2 Months Bank Statements (Added 12-15-2017) | | |
| 12/15/2017 07:31:00 PM ET | Attorney | Borrower Docs Uploaded |
| Franklin Robinson added the following documents: Surin (Loan #5350) - Pension Income / Other Retirement Accounts - Proof of payment (Added 12-15-2017) | | |
| 12/15/2017 07:32:00 PM ET | Attorney | Borrower Docs Uploaded |
| Franklin Robinson added the following documents: Surin (Loan #5350) - Social Security Income - Proof of payment (Added 12-15-2017) | | |
| 12/15/2017 07:32:57 PM ET | Attorney | Borrower Docs Uploaded |

| Date | Activity By | Action Taken |
|---|---|---|
| | | |

Franklin Robinson added the following documents: Surin (Loan #5350) - Social Security Income - Proof of payment Update 1 (Added 12-15-2017)

| 12/15/2017 07:33:49 PM ET | Attorney | Borrower Docs Uploaded |

Franklin Robinson added the following documents: Surin (Loan #5350) - Proof of Occupancy (Added 12-15-2017)

| 12/15/2017 07:36:34 PM ET | Attorney | Message Sent |

**From:** Franklin Robinson (Borrower Attorney)
**Subject:** Tax Returns
**Message:**
I spoke with my client who advised me that she does not file a Federal Income Tax return.  Attorney Robinson

| 12/18/2017 10:21:45 AM ET | Servicer | Account Change |

**File Changed by:** Katina Hurst.
**Change(s):**
Loan Number changed from 5350 to 1006425350.

| 12/18/2017 10:26:15 AM ET | Servicer | Message Sent |

**From:** Katina Hurst (Servicer)
**Message:**
Hello,

All documents are uploaded for review.

Thank you

| 12/21/2017 12:10:52 AM ET | Attorney | Message Sent |

**From:** Franklin Robinson (Borrower Attorney)
**Subject:** RE: Message Sent
**Message:**

Thank You. Attorney Robinson

| 12/28/2017 10:09:10 PM ET | Attorney | Status Report Created |

Franklin Robinson created Status Report

Download Status Report (<%StatusReport%>&version=0)

| 12/28/2017 10:15:43 PM ET | Attorney | Status Report Edited |

Franklin Robinson edited Status Report

Download Status Report Update 1 (<%StatusReport%>&version=1)

| 01/02/2018 02:08:12 PM ET | Servicer | Docs Incomplete Notice |

| Date | Activity By | Action Taken |
|---|---|---|
| **File Rejected by:** Katina Hurst.<br>**Reason:** Incomplete Package<br>**Due Date:** 01-05-2018<br>**Message:**<br>• **Other:** See attached<br><br>Surin (Loan #1006425350) - 1006425350 - Surin - MDL 12.29.2017.pdf (Added 01-02-2018) | | |
| 01/02/2018 04:45:51 PM ET | Attorney | Message Sent |
| **From:** Franklin Robinson (Borrower Attorney)<br>**Subject:** RE: Docs Incomplete Notice<br>**Message:**<br>The clients pension and social security award letter has been provided. Please specifically indicate why the income documents were not acceptable. Attorney Robinson | | |
| 01/04/2018 03:11:13 PM ET | Attorney | Message Sent |
| **From:** Franklin Robinson (Borrower Attorney)<br>**Subject:** RE: Docs Incomplete Notice<br>**Message:**<br>I just spoke with someone in your Bankruptcy office who indicated that I should file the December 2017 pension and ssi statement.  I am re-sending the documents as she requested.  Attorney Robinson | | |
| 01/04/2018 03:15:17 PM ET | Attorney | File Resubmitted |
| Franklin Robinson resubmitted file for review:<br>**Reason:** Completed Package<br>**Message:** Pursuant to my discussion with someone in your Bankruptcy department, please find enclosed a copy of my clients December 2017 pension and ssi statement. A<br><br>                - Social Security Income - Proof of payment Update 2 (Added 01-04-2018)<br>Surin (Loan #1006425350) - Pension Income / Other Retirement Accounts - Proof of payment Update 1 (Added 01-04-2018) | | |
| 01/05/2018 02:17:03 PM ET | Servicer | File Opened |
| File Opened by Katina Hurst | | |
| 01/05/2018 02:24:35 PM ET | Servicer | Message Sent |
| **From:** Katina Hurst (Servicer)<br>**Subject:** RE: Docs Incomplete Notice<br>**Message:**<br>Hello,<br>The way the income is reflected on the RMA as "Other" income triggered the request. The income must be labeled specifically what the income is. I received updated financials that has been uploaded for review.<br>Thank you | | |
| 01/05/2018 02:35:48 PM ET | Attorney | Message Sent |
| **From:** Franklin Robinson (Borrower Attorney)<br>**Subject:** RE: Docs Incomplete Notice<br>**Message:**<br>Thank you. A | | |
| | | Incomplete Notice |

| Date | Activity By | Action Taken |
|---|---|---|
| **File Rejected by:** Katina Hurst. **Reason:** Incomplete Package **Due Date:** 02-15-2018 **Message:** <ul><li>**Other:** Please see attached missing items letter</li></ul> Surin (Loan #1006425350) - 1006425350 - Surin - MDL 01.16.2018.pdf (Added 01-23-2018) | | |
| 01/30/2018 07:13:25 PM ET | Attorney | Message Sent |
| **From:** Franklin Robinson (Borrower Attorney) **Message:** Mrs. Hurst, there is no other income.  The only income of the Debtor has been provided.  What is needed to correct the filing so we do not have to keep answering the same questions that you have been informed of on the last message.  Again, there is no additional income for the Debtor. Attorney Robinson | | |
| 02/05/2018 12:51:46 PM ET | Servicer | Message Sent |
| **From:** Katina Hurst (Servicer) **Subject:** RE: Message Sent **Message:** Hello, There is income listed on the RMA in the amount of $680.00. When income is reported as "other" on the RMA, SLS request for an award letter and bank statements reflecting this income deposit. | | |
| 02/08/2018 12:34:25 PM ET | Attorney | Message Sent |
| **From:** Franklin Robinson (Borrower Attorney) **Message:** I will contact my client to submit information by Friday. Attorney Robinson | | |
| 02/09/2018 06:59:18 PM ET | Attorney | File Resubmitted |
| Franklin Robinson resubmitted file for review: **Reason:** Completed Package **Message:** Please find enclosed a copy of the bank statement for my client and the Social Security Statements for both husband and wife. **Attached Files:** Surin (Loan #1006425350) - Social Security Income - Proof of payment Update 3 (Added 02-09-2018) | | |
| 02/09/2018 07:01:15 PM ET | Attorney | Borrower Docs Uploaded |
| Franklin Robinson added the following documents: Surin (Loan #1006425350) - Most Recent 2 Months Bank Statements Update 1 (Added 02-09-2018) | | |
| 02/12/2018 03:38:55 PM ET | Servicer | File Opened |
| File Opened by Katina Hurst | | |
| 02/12/2018 03:46:47 PM ET | Servicer | Message Sent |

| Date | Activity By | Action Taken |
|---|---|---|
| | | |

**From:** Katina Hurst (Servicer)
**Subject:** RE: Borrower Docs Uploaded
**Message:**
Hello,

The documents submitted are currently under review.

Thank you

---

| | | |
|---|---|---|
| 02/12/2018 04:20:17 PM ET | Servicer | Message Sent |

**From:** Katina Hurst (Servicer)
**Subject:** RE: Message Sent
**Message:**
Hello,

As stated before, there is income on the RMA listed as "other". If this is not additional income, please have this income removed. I've attached a blank RMA for the borrower to complete and submit. As long as this income type is there, SLS will continue requesting documentation for it. If this income is being received, please put it in the appropriate income type section and resend.

Thank you

**Attached Files:**
Surin (Loan #1006425350) - 1 2017 application for WO options.pdf (Added 02-12-2018)

---

| | | |
|---|---|---|
| 02/19/2018 08:07:52 PM ET | Attorney | Message Sent |

**From:** Franklin Robinson (Borrower Attorney)
**Subject:** RE: Message Sent
**Message:**
I have contacted my client to remove the additional income that is causing the problem and will resubmit the documents. Attorney Robinson

---

| | | |
|---|---|---|
| 03/05/2018 10:15:23 AM ET | Servicer | Docs Complete Notice |

**File Completed by:** Katina Hurst.
**Message:**

---

| | | |
|---|---|---|
| 03/05/2018 10:16:13 AM ET | Servicer | Message Sent |

**From:** Katina Hurst (Servicer)
**Message:**
Hello,

Please review the attached Acknowledgement Letter that represents a complete package received. At this time a decision has not been rendered.

Thank you

**Attached Files:**
Surin (Loan #1006425350) - 1006425350 - Surin - Complete Ack Letter.pdf (Added 03-05-2018)