UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

```
IN RE:                              )
Suzanne Surin,                      )   CASE NO.:17-23206-CMB
    Debtor,                         )   CHAPTER 13
                                    )
Suzanne Surin,                      )   Related to Document No. 26&30
    Movant,                         )
                                    )
    vs.                             )
                                    )
Deutsche Bank National Trust        )
Company and Ronda J. Winnecour,     )
Trustee,                            )
    Respondent.                     )
```

ORDER

A Loss Mitigation Order dated October 20, 2017 was entered in the above matter at Document No. 30. On February 19, 2018, a Motion to Extend the Loss Mitigation Period was filed by Debtor at Document No. __36__.

AND NOW, this __8th__ day of _____March_____, 2018, it is hereby ORDERED, ADJUDGED and DECREED that the loss mitigation period is extended up to and including __April 30__, 2018.

*Carlota M. Böhm*
UNITED STATE BANKRUPTCY JUDGE

FILED
3/8/18 10:22 am
CLERK
U.S. BANKRUPTCY
COURT - WDPA

United States Bankruptcy Court
Western District of Pennsylvania

In re:  
Suzanne Surin  
      Debtor

Case No. 17-23206-CMB  
Chapter 13

## CERTIFICATE OF NOTICE

District/off: 0315-2     User: dric     Page 1 of 1     Date Rcvd: Mar 08, 2018  
                Form ID: pdf900     Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 10, 2018.
db             +Suzanne Surin,    1615 Chislett Street,    Pittsburgh, PA 15206-1312

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                                    TOTAL: 0

        ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                    TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 10, 2018                                    Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 8, 2018 at the address(es) listed below:
        Allison L. Carr    on behalf of Creditor    Duquesne Light Company acarr@bernsteinlaw.com,
         acarr@ecf.courtdrive.com;cwirick@ecf.courtdrive.com
        Franklin L. Robinson, Jr.    on behalf of Debtor Suzanne  Surin frobi69704@aol.com,
         flrlegal@excite.com;robinsonfr66530@notify.bestcase.com
        James  Warmbrodt    on behalf of Creditor    Deutsche Bank National Trust Company, as Trustee for
         FFMLT Trust 2006- FF4, Mortage Pass-Through Certificates, Series 2006-FF4 bkgroup@kmllawgroup.com
        Jeffrey R. Hunt    on behalf of Creditor    Pittsburgh Water & Sewer Authority jhunt@grblaw.com,
         cnoroski@grblaw.com
        Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
        Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com
        S. James Wallace    on behalf of Creditor    Peoples Natural Gas Company LLC sjw@sjwpgh.com,
         Equitablebankruptcy@peoples-gas.com;srk@sjwpgh.com
                                                                                               TOTAL: 7