# UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF WESTERN PENNSYLVANIA
## CONCILIATION CONFERENCE MINUTES

### *Conciliation Conference:*

|  |  |
|---|---|
| **Debtor:** | SUZANNE SURIN |
| **Case Number:** | 17-23206-CMB    **Chapter:** 13 |
| **Date / Time / Room:** | THURSDAY, MAY 10, 2018 09:30 AM   3251 US STEEL |
| **Hearing Officer:** | CHAPTER 13 TRUSTEE |

FILED
5/18/18 11:06 am
CLERK
U.S. BANKRUPTCY
COURT - WDPA

### *Matter:*

#10 - Continued Confirmation of Plan Dated 8/14/2017 (NFC)
R / M #: 10 / 0

### *Appearances:*

Debtor: Robinson
Trustee: Winnecour / Pail / **Katz** / DeSimone
Creditor:

*Lmp pending in Trial mod*

### *Proceedings:*

Outcome:

1. _____ Case Converted to Chapter 7
2. _____ Case Converted to Chapter 11
3. _____ Case Dismissed without Prejudice
4. _____ Case Dismissed with Prejudice
5. _____ Debtor is to inform Court within _____ days their preference to Convert or Dismiss
6. _____ The plan payment/term is increased/extended to ___9___, affective _____.
7. ___✓___ Plan/Motion continued to __8/23/18__ at __9:00 Am__
8. _____ An Amended Plan is to be served on all creditors and certificate of service filed by _____.
   Objections are due on or before _____.
   A hearing on the Amended Plan is set for _____ at _____.
9. _____ Contested Hearing: _____ at _____.
10. _____ Other:

5/3/2018    3:59:12PM