UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: ) | |
| Suzanne Surin, ) | CASE NO.:17-23206-CMB |
|     Debtor, ) | CHAPTER 13 |
| ) | |
| Suzanne Surin, ) | Related to Document No. 26&30, 46 |
|     Movant, ) | |
| ) | |
| vs. ) | |
| ) | |
| Deutsche Bank National Trust ) | |
| Company and Ronda J. Winnecour, ) | |
| Trustee, ) | |
|     Respondent. ) | |

ORDER

A Loss Mitigation Order dated October 20, 2017 was entered in the above matter at Document No. 30. On July 11, 2018, a Motion to Extend the Loss Mitigation Period was filed by Debtor at Document No. __46__.

AND NOW, this __24th__ day of _____July_____, 2018, it is hereby ORDERED, ADJUDGED and DECREED that the loss mitigation period is extended up to and including __September 17__, 2018.

_____
UNITED STATE BANKRUPTCY JUDGE

FILED
7/24/18 4:27 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

United States Bankruptcy Court
Western District of Pennsylvania

In re:  
Suzanne Surin  
       Debtor

Case No. 17-23206-CMB  
Chapter 13

## CERTIFICATE OF NOTICE

District/off: 0315-2      User: dric      Page 1 of 1      Date Rcvd: Jul 24, 2018  
                    Form ID: pdf900      Total Noticed: 3

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 26, 2018.
```
db              +Suzanne Surin,    1615 Chislett Street,    Pittsburgh, PA 15206-1312
cr              +DEUTSCHE BANK NATIONAL TRUST COMPANY,     14841 Dallas Parkway, Suite 300,
                  Dallas, TX 75254-7883
cr              +Deutsche Bank National Trust Company,    14841 Dallas Parkway, Suite 425,
                  Dallas, TX 75254-8067
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.      TOTAL: 0

        ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****  
cr        Deutsche Bank National Trust Company, as Trustee f

        TOTALS: 1, * 0, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 26, 2018        Signature: /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 24, 2018 at the address(es) listed below:
```
          Franklin L. Robinson, Jr.    on behalf of Debtor Suzanne  Surin frobi69704@aol.com,
           flrlegal@excite.com;robinsonfr66530@notify.bestcase.com
          James   Warmbrodt    on behalf of Creditor    Deutsche Bank National Trust Company, as Trustee for
           FFMLT Trust 2006- FF4, Mortage Pass-Through Certificates, Series 2006-FF4 bkgroup@kmllawgroup.com
          Jeffrey R. Hunt    on behalf of Creditor    Pittsburgh Water & Sewer Authority jhunt@grblaw.com,
           cnoroski@grblaw.com
          Keri P. Ebeck    on behalf of Creditor    Duquesne Light Company kebeck@bernsteinlaw.com,
           DMcKay@bernsteinlaw.com
          Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
          Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com
          S. James Wallace    on behalf of Creditor    Peoples Natural Gas Company LLC sjw@sjwpgh.com,
           Equitablebankruptcy@peoples-gas.com;srk@sjwpgh.com
```
        TOTAL: 7