# UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF WESTERN PENNSYLVANIA
## CONCILIATION CONFERENCE MINUTES

### *Conciliation Conference:*

|  |  |
|---|---|
| **Debtor:** | SUZANNE SURIN |
| **Case Number:** | 17-23206-CMB    **Chapter:** 13 |
| **Date / Time / Room:** | THURSDAY, AUGUST 23, 2018 09:00 AM   3251 US STEEL |
| **Hearing Officer:** | CHAPTER 13 TRUSTEE |

FILED
8/27/18 9:29 am
CLERK
U.S. BANKRUPTCY
COURT - WDPA

### *Matter:*

#10 - Continued Confirmation of Plan Dated 8/14/2017 (NFC)
R / M #:   10 / 0

### *Appearances:*

Debtor: Robinson
Trustee: Winnecour / Pail / Katz / DeSimone
Creditor:

*[Handwritten notes: LMP pending — offer on table — $822.65/month — slightly less than plan.]*

### *Proceedings:*

Outcome:

1. _____ Case Converted to Chapter 7
2. _____ Case Converted to Chapter 11
3. _____ Case Dismissed without Prejudice
4. _____ Case Dismissed with Prejudice
5. _____ Debtor is to inform Court within _____ days their preference to Convert or Dismiss
6. _____ The plan payment/term is increased/extended to _____, effective _____.
7. ✓ Plan/Motion continued to **12/13/18** at **2:00 pm**.
8. _____ An Amended Plan is to be served on all creditors and certificate of service filed by _____.
   Objections are due on or before _____.
   A hearing on the Amended Plan is set for _____ at _____.
9. _____ Contested Hearing: _____ at _____.
10. _____ Other:

8/16/2018 10:58:31 AM