UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | ) | |
| Suzanne Surin, | ) | CASE NO:17-23206-CMB |
| | ) | CHAPTER 13 |
| Debtor | ) | |
| | ) | Hearing date and time: |
| Suzanne Surin, | ) | |
| | ) | |
| Movant, | ) | |
| | ) | |
| vs. | ) | |
| | ) | |
| Specialized Loan Servicing, LLC and | ) | |
| Ronda J. Winnecour, Trustee, | ) | |
| | ) | |
| Respondent. | ) | |

**CERTIFICATE OF SERVICE OF LOSS MITIGATION FINAL REPORT AND PORTAL ACCOUNT HISTORY**

I certify under penalty of perjury that I served above captioned pleading on the parties at the addresses specified below or on the attached list on 10-5-2018.

The type(s) of service made on the parties (first-class mail, electronic notification, hand delivery, or other types of service) was   First-Class Mail   .

If more than one method of service was employed, this certificate of service groups the parties by the type of service. For example, the names and addresses of parties served by electronic notice will be listed under the heading "Service by Electronic Notification." and those served by mail will be listed under the heading "Service by First-Class Mail."

| | |
|---|---|
| 10-5-2018 | Franklin L. Robinson Jr.,  Esquire    /s/ |
| Date | Franklin L. Robinson Jr., Esquire |
| | 5907 Penn Avenue |
| | Suite 200 |
| | Pittsburgh, PA 15206 |
| | (412) 363-6685 |
| | PA ID No. #74464 |
| | frobi69704@aol.com |

SURIN

Specialized Loan Servicing, LLC
C/O James Warmbrod, Esquire
701 Market Street, Suite 5000
Philadelphia, PA 19106

Ronda J. Winnecour, Trustee
600 Grant Street
Suite 3250 USX Tower
Pittsburgh, PA  15219