## UNITED STATES BANKRUPTCY COURT
## WESTERN DISTRICT OF PENNSYLVANIA (PITTSBURGH)

| | |
|---|---|
| In Re: | Case No. 17-23206 |
| SUZANNE SURIN, | Chapter 13 |
| Debtor(s). | |

### NOTICE OF WITHDRAWAL OF TRANSFER OF CLAIM

COMES NOW, Specialized Loan Servicing LLC as servicing agent for Deutsche Bank National Trust Company, as Trustee for FFMLT Trust 2006-FF4, Mortgage Pass-Through Certificates, Series 2006-FF4 ("Creditor"), by its attorney, and hereby withdraws its Transfer of Claim Other than for Security (Docket No. 47), filed on July 19, 2018, in the above-referenced bankruptcy proceeding. The Transfer of Claim Other than for Security was filed in error.

**PLEASE TAKE FURTHER NOTICE** all Notices and Payments on the above-referenced claim should be directed to:

| **Notices to be sent to:** | **Payments to be sent to:** |
|---|---|
| Specialized Loan Servicing, LLC | Specialized Loan Servicing, LLC |
| 8742 Lucent Blvd, Suite 300 | PO Box 636007 |
| Highlands Ranch, CO 80129 | Littleton, CO 80163 |

DATED: October 11, 2018

/s/ Lisa Cancanon
Lisa Cancanon
Weinstein & Riley, P.S.
Attorney for Creditor
11101 West 120th Avenue #280
Broomfield, CO 80021
Bar ID: 323550
Phone: (303) 539 8600
Email: lisac@w-legal.com

## CERTIFICATE OF SERVICE

      I hereby certify, under penalty of perjury pursuant to 28 U.S.C. Sec. 1746 on October 11, 2018, a true and correct copy the foregoing documents was served via electronic means as listed on the Court's ECF noticing system or by regular, first-class mail to the parties listed below:

<u>Debtor(s) via First-Class Mail</u>
Suzanne Surin
1615 Chislett Street
Pittsburgh, PA 15206

<u>Debtor(s) Counsel via First-Class Mail</u>
Franklin L. Robinson, Jr.
5907 Penn Avenue, Suite 212
Pittsburgh, PA 15206

<u>Trustee via First-Class Mail</u>
Ronda J. Winnecour
Suite 3250, USX Tower
600 Grant Street
Pittsburgh, PA 15219

<u>U.S. Trustee via First-Class Mail</u>
Office of the United States Trustee
Liberty Center.
1001 Liberty Avenue, Suite 970
Pittsburgh, PA 15222

<u>/s/ Nikole Montufar</u>
Nikole Montufar
Legal Assistant to Lisa Cancanon