UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE:<br>Suzanne Surin,<br>   Debtor, | ) <br> ) CASE NO.: 17-23206-CMB<br>) CHAPTER 13<br>)<br>) Related to Doc. No. 55 |
| Suzanne Surin,<br>   Movant,<br><br>vs.<br><br>Specialized Loan Servicing LLC and<br>Ronda J. Winnecour, Trustee,<br>   Respondent. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

ORDER OF COURT

AND NOW, on this __9th__ day of ____October____, 2018 upon consideration of the Debtor's MOTION TO WITHDRAW APPLICATION FOR APPROVAL NON-LMP PERMANENT LOAN MODIFICATION filed on September 13, 2018 at Docket Number 52. It is hereby ADJUDGED, DECREED and ORDERED that the Debtor's MOTION TO WITHDRAW APPLICATION FOR APPROVAL NON-LMP PERMANENT LOAN MODIFICATION filed on September 13, 2018 at Docket Number 52 is GRANTED.

BY THE COURT,

_____
UNITED STATES BANKRUPTCY JUDGE

FILED
10/9/18 11:32 am
CLERK
U.S. BANKRUPTCY
COURT - WDPA

United States Bankruptcy Court
Western District of Pennsylvania

In re:
Suzanne Surin
    Debtor

Case No. 17-23206-CMB
Chapter 13

## CERTIFICATE OF NOTICE

District/off: 0315-2　　　　User: dric　　　　Page 1 of 1　　　　Date Rcvd: Oct 09, 2018
　　　　　　　　　　　　　Form ID: pdf900　　Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 11, 2018.
db　　　　　　+Suzanne Surin,　　1615 Chislett Street,　　Pittsburgh, PA 15206-1312

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　TOTAL: 0

　　　　　***** BYPASSED RECIPIENTS *****
NONE.　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 11, 2018　　　　　　　　　　　　　　　　　　　Signature:　/s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 9, 2018 at the address(es) listed below:
        Franklin L. Robinson, Jr.　　on behalf of Debtor Suzanne  Surin frobi69704@aol.com, flrlegal@excite.com;robinsonfr66530@notify.bestcase.com
        James  Warmbrodt　　on behalf of Creditor   Deutsche Bank National Trust Company, as Trustee for FFMLT Trust 2006- FF4, Mortage Pass-Through Certificates, Series 2006-FF4 bkgroup@kmllawgroup.com
        Jeffrey R. Hunt　　on behalf of Creditor    Pittsburgh Water & Sewer Authority jhunt@grblaw.com, cnoroski@grblaw.com
        Keri P. Ebeck　　on behalf of Creditor    Duquesne Light Company kebeck@bernsteinlaw.com, DMcKay@bernsteinlaw.com
        Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
        Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com
        S. James Wallace    on behalf of Creditor    Peoples Natural Gas Company LLC sjw@sjwpgh.com, Equitablebankruptcy@peoples-gas.com;srk@sjwpgh.com
                                                                             TOTAL: 7