IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In Re: : | Bankruptcy No. | 17-23206-CMB |
| Suzanne Surin, : | Chapter | 13 |
| Debtor : | | |
| : | | |
| Suzanne Surin, : | Related to Document No. | |
| Movant : | | |
| : | | |
| v. : | Hearing Date and Time: | |
| Specialized Loan Servicing, LLC and : | 11/7/2018 at 10:00 a.m. | |
| Ronda J. Winnecour, Trustee, : | | |
| Respondent (if none, then "No Respondent") : | | |

**LOAN MODIFICATION SUMMARY**

Property Valuation:  $ 90,000.00     Source: Appraisal

Original Loan Amount: $ 105,450.00     Origination Date: 12/22/2005

Prepetition Arrears: $ 77,612.62

| As of Petition Date | | Under Proposed Modification |
|---|---|---|
| $170,499.23 | **Principal Balance** | $128,000.00 |
| 8.25% | **Interest Rate** | 4.375% |
| 1/1/2036 | **Maturity Date** | 3/1/2036 |
| $831.42 | **P&I Payment** | $565.19 |
| $227.79 | **Escrow Payment** | $257.46 |
| $1,059.21 | **Total Payment** | $822.65 |
| | **Balloon Payment** | $145,223.10 |
| | **Cumulative Interest** | |
| | **LTV** | |
| $1,000.00 | **Ch. 13 Payment** | $1,000.00 |
| 0 | **Ch. 13 Pmt. (Arrears)** | $2,317.84 |

**Any other term(s) in which there is a substantive difference between the original loan and the proposed modified loan:**