# UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF WESTERN PENNSYLVANIA
# CONCILIATION CONFERENCE MINUTES

## *Conciliation Conference:*

| | |
|---|---|
| **Debtor:** | SUZANNE SURIN |
| **Case Number:** | 17-23206-CMB    **Chapter:** 13 |
| **Date / Time / Room:** | THURSDAY, DECEMBER 13, 2018 02:00 PM   3251 US STEEL |
| **Hearing Officer:** | CHAPTER 13 TRUSTEE |

FILED
12/17/18 3:25 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

## *Matter:*

#10 - Continued Confirmation of Plan Dated 8/14/2017 (NFC)
R / M #:  10 / 0

## *Appearances:*

Robinson

Debtor:
Trustee: Winnecour / (Pail) / Katz / DeSimone
Creditor:

## *Proceedings:*

Outcome:

1. _____ Case Converted to Chapter 7
2. _____ Case Converted to Chapter 11
3. _____ Case Dismissed without Prejudice
4. _____ Case Dismissed with Prejudice
5. _____ Debtor is to inform Court within _____ days their preference to Convert or Dismiss
6. _____ The plan payment/term is increased/extended to _____, effective _____.
7. _____ Plan/Motion continued to _____ at _____.
8. __X__ An Amended Plan is to be served on all creditors and certificate of service filed by 1/4/19.
   Objections are due on or before 1/25/19.
   A hearing on the Amended Plan is set for 2/28/19 at 9:00.
9. _____ Contested Hearing: _____ at _____.
10. _____ Other:

12/6/2018   8:36:41AM