**Form 005**

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA

In re:

**Suzanne Surin**
**fka Suzanne Jean Baptist**
   Debtor(s)

Bankruptcy Case No.: 17–23206–CMB
Chapter: 13
Related to Document No.:
Concil. Conf.: February 28, 2019 at 09:00 AM

### ORDER

      On December 13, 2018, a Conciliation Conference was conducted on the August 14, 2017 Plan, at which time the Chapter 12/13 Trustee recommended that an Amended Plan is necessary.

      **AND NOW,** this **The 17th of December, 2018**, it is hereby ***ORDERED, ADJUDGED*** and ***DECREED*** that:

      (1)  ***On or before January 4, 2019,*** the Debtor(s) shall file and serve a copy of this ***Order*** and an ***Amended Plan*** on the Chapter 13 Trustee and all Parties listed on the *Current Official Mailing Matrix*.  The Debtor(s) shall also complete and file the accompanying ***Certificate of Service***.

      (2)  ***On or before January 25, 2019,*** all ***Objections*** to the *Amended Plan* must be filed and served on the Debtor(s), Chapter 13 Trustee, and any creditor whose claim is the subject of the *Objection*.  Untimely objections will not be considered.

      (3)  ***On February 28, 2019 at 09:00 AM ,*** a Conciliation Conference on the Debtor(s)' *Amended Plan* is scheduled in the 3251 U.S. Steel Tower, 600 Grant Street, Pittsburgh, PA 15219.

      (4)  If the Parties cannot resolve all disputes at the Conciliation Conference, a hearing will be scheduled and orally announced at the conclusion of the conference without any further written notice to any party.  Parties are directed to monitor the Court's docket and read the Chapter 13 Trustee's minutes of the Conciliation Conference to the extent such parties desire more information regarding the outcome of the Conciliation Conference.

      (5)  Failure to timely file an *Amended Plan* and *Certificate of Service* shall result in the imposition of sanctions, which may include dismissal or conversion of the case, an order of contempt, monetary sanctions or other remedial measures.

      (6)

Dated: December 17, 2018

cm: Debtor
    Counsel for Debtor

Carlota M. Böhm, Judge
United States Bankruptcy Court

United States Bankruptcy Court
Western District of Pennsylvania

In re:                                                                    Case No. 17-23206-CMB
Suzanne Surin                                                             Chapter 13
          Debtor

## CERTIFICATE OF NOTICE

District/off: 0315-2          User: jhel              Page 1 of 1              Date Rcvd: Dec 17, 2018
                              Form ID: 005            Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Dec 19, 2018.
db              +Suzanne Surin,   1615 Chislett Street,   Pittsburgh, PA 15206-1312

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                          TOTAL: 0

          ***** BYPASSED RECIPIENTS *****
NONE.                                                                                          TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 19, 2018                              Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on December 17, 2018 at the address(es) listed below:
          Franklin L. Robinson, Jr.   on behalf of Debtor Suzanne  Surin frobi69704@aol.com,
          flrlegal@excite.com;robinsonfr66530@notify.bestcase.com
          James  Warmbrodt   on behalf of Creditor   Deutsche Bank National Trust Company, as Trustee for
          FFMLT Trust 2006- FF4, Mortage Pass-Through Certificates, Series 2006-FF4 bkgroup@kmllawgroup.com
          Jeffrey R. Hunt   on behalf of Creditor   Pittsburgh Water & Sewer Authority jhunt@grblaw.com,
          cnoroski@grblaw.com
          Keri P. Ebeck   on behalf of Creditor   Duquesne Light Company kebeck@bernsteinlaw.com,
          DMcKay@bernsteinlaw.com
          Lisa  Cancanon   on behalf of Creditor   Specialized Loan Servicing LLC lisac@w-legal.com
          Office of the United States Trustee   ustpregion03.pi.ecf@usdoj.gov
          Ronda J. Winnecour   cmecf@chapter13trusteewdpa.com
          S. James Wallace   on behalf of Creditor   Peoples Natural Gas Company LLC sjw@sjwpgh.com,
          Equitablebankruptcy@peoples-gas.com;srk@sjwpgh.com
                                                                                          TOTAL: 8