UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: ) | |
| Suzanne Surin, ) | CASE NO. 17-23206-CMB |
| Debtor. ) | CHAPTER 13 |
| ) | ADVERSARY NO. |
| ) | |
| Deutsche Bank National Trust Company, ) | |
| Movant, ) | |
| ) | |
| v. ) | |
| ) | |
| Suzanne Surin, and and Ronda Winnecour ) | |
| Trustee, ) | |
| Respondent. ) | |

## OBJECTION TO PAYMENT CHANGE

AND NOW, comes the Debtor, Suzanne Surin, by and through her attorney Franklin L. Robinson, Jr. Esquire and files the foregoing OBJECTION TO PAYMENT CHANGE as follows:

1. The Debtors Chapter 13 Petition was filed on August 14,2017.

2. The Debtors does not believe a payment change should be granted because she was approved with a loan modification in 2018.

3. The Debtor's interest rate in the loan modification is less than the 9.25% included n the Notice of payment change dated 7/3/2019.

                                                RESPECTFULLY SUBMITTED,

7/9/2019                                            FRANKLIN L. ROBINSON, JR. /s/
                                                        FRANKLIN L. ROBINSON, JR.
                                                        PA. ID. NO. 74464
                                                        5907 PENN AVENUE
                                                        SUITE 200
                                                        PITTSBURGH, PA 15206
                                                        (412) 363-6685
                                                        Frobi69704@aol.com