IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA
PITTSBURGH DIVISION

| | | |
|---|---|---|
| IN RE: | § § § | CASE NO. 17-23206-CMB |
| SUZANNE SURIN<br>    DEBTOR(S) | § § § § | CHAPTER 13 |
| SPECIALIZED LOAN SERVICING, LLC<br>    CREDITOR<br>VS<br>SUZANNE SURIN<br>    RESPONDENTS | § § § § § | |

FILED
2019 JUL 29 A 11: 15
CLERK
U.S. BANKRUPTCY COURT
PITTSBURGH

## NOTICE OF WITHDRAWAL OF NOTICE OF MORTGAGE PAYMENT CHANGE

TO THE HONORABLE JUDGE OF SAID COURT:

Notice is hereby given that **Specialized Loan Servicing, LLC**, as servicing agent for Deutsche Bank National Trust Company, as Trustee for FFMLT Trust 2006-FF4, Mortgage Pass-Through Certificates, Series 2006-FF4, ("Creditor"), is withdrawing its **Notice of Mortgage Payment Change (Claim # 1-1)** in the amount of **$1,136.77** filed on **January 7, 2019** and **Notice of Mortgage Payment Change (Claim # 1-1)** in the amount of **$1,115.89** filed on **June 26, 2019**, without prejudice to refiling at a later date.

Dated: July 26, 2019

Respectfully submitted,
Bonial & Associates, P.C.

Mukta Suri
14841 Dallas Parkway, Suite 425
Dallas, Texas 75254
(972) 643-6600
(972) 643-6698 (Telecopier)
Email: POCInquiries@BonialPC.com
Authorized Agent for Specialized Loan Servicing, LLC

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing document has been served upon the following parties in interest on or before *July 26th*, 20_19_ via electronic notice unless otherwise stated:

**Debtor**    *Via U.S. Mail*
Suzanne Surin
1615 Chislett Street
Pittsburgh, PA 15206


**Debtors' Attorney**
Franklin L. Robinson, Jr.
5907 Penn Avenue, Suite 212
Pittsburgh, PA 15206

**Chapter 13 Trustee**
Ronda J. Winnecour
Suite 3250, USX Tower
600 Grant Street
Pittsburgh, PA 15219

Respectfully Submitted,

_____
Mukta Suri

CERTIFICATE OF SERVICE                                                                4127-N-3201