UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | ) | |
| Suzanne Surin, | ) | CASE NO. 17-23206-CMB |
| Debtor. | ) | CHAPTER 13 |
| | ) | ADVERSARY NO. |
| | ) | |
| Deutsche Bank National Trust Company, | ) | Related to Doc. No. 85, 92 |
| Movant, | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| Suzanne Surin, and Ronda Winnecour | ) | |
| Trustee, | ) | |
| Respondent. | ) | |

ORDER OF COURT

AND NOW, on this __5th__ day of _____August_____, 2019 upon consideration of the Debtor's MOTION TO WITHDRAW OBJECTION TO PAYMENT CHANGE FILED ON JULY 9, 2019 AT DOCKET NUMBER 85. It is hereby ADJUDGED, DECREED and ORDERED that the Debtor's MOTION TO WITHDRAW OBJECTION TO PAYMENT CHANGE FILED ON JULY 9, 2019 AT DOCKET NUMBER 85 is GRANTED.

BY THE COURT,

_____
UNITED STATES BANKRUPTCY JUDGE

FILED
8/5/19 3:34 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

United States Bankruptcy Court
Western District of Pennsylvania

In re:                                                                                  Case No. 17-23206-CMB
Suzanne Surin                                                                           Chapter 13
        Debtor

## CERTIFICATE OF NOTICE

District/off: 0315-2            User: dric                  Page 1 of 1              Date Rcvd: Aug 05, 2019
                                Form ID: pdf900             Total Noticed: 3

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 07, 2019.
db         +Suzanne Surin,    1615 Chislett Street,    Pittsburgh, PA 15206-1312
cr         +DEUTSCHE BANK NATIONAL TRUST COMPANY,    14841 Dallas Parkway, Suite 300,
             Dallas, TX 75254-7883
cr         +Deutsche Bank National Trust Company,    14841 Dallas Parkway, Suite 425,
             Dallas, TX 75254-8067

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                                TOTAL: 0

              ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 07, 2019                                          Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 5, 2019 at the address(es) listed below:
              Franklin L. Robinson, Jr.    on behalf of Debtor Suzanne  Surin frobi69704@aol.com,
               flrlegal@excite.com;robinsonfr66530@notify.bestcase.com
              James   Warmbrodt    on behalf of Creditor    Deutsche Bank National Trust Company, as Trustee for
               FFMLT Trust 2006- FF4, Mortage Pass-Through Certificates, Series 2006-FF4 bkgroup@kmllawgroup.com
              Jeffrey R. Hunt    on behalf of Creditor    Pittsburgh Water & Sewer Authority jhunt@grblaw.com,
               cnoroski@grblaw.com
              Keri P. Ebeck    on behalf of Creditor    Duquesne Light Company kebeck@bernsteinlaw.com,
               jbluemle@bernsteinlaw.com
              Lisa  Cancanon    on behalf of Creditor    Specialized Loan Servicing LLC lisac@w-legal.com
              Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
              Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com
              S. James Wallace    on behalf of Creditor    Peoples Natural Gas Company LLC sjw@sjwpgh.com,
               Equitablebankruptcy@peoples-gas.com;srk@sjwpgh.com
                                                                                                 TOTAL: 8