UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: ) | |
| Suzanne Surin, ) | Case No: 17-23206-CMB |
| ) | Chapter 13 |
| Debtor ) | |
| ) | Hearing date and time: |
| Suzanne Surin, ) | 5/27/2021 at 9:30 a.m. |
| ) | |
| Movant, ) | |
| ) | |
| vs. ) | |
| ) | |
| Atlantic Credit and Finance, Deutsche Bank National Trust ) | |
| Company, Duquesne Light Company, PWSA, Verizon, ) | |
| Ronda J. Winnecour, Trustee ) | |
| Respondent. ) | |

**CERTIFICATE OF SERVICE OF ORDER OF COURT DATED APRIL 13, 2021 AND NOTICE OF PROPOSED MODIFICATION TO CONFIRMED PLAN AND AMENDED PLAN DATED 4/9/2021**

 I certify under penalty of perjury that I served above captioned pleading on the parties at the addresses specified below or on the attached list on 4/14/2021.

 The type(s) of service made on the parties (first-class mail, electronic notification, hand delivery, or other types of service) was   First-Class Mail   .

 If more than one method of service was employed, this certificate of service groups the parties by the type of service. For example, the names and addresses of parties served by electronic notice will be listed under the heading "Service by Electronic Notification." and those served by mail will be listed under the heading "Service by First-Class Mail."


4/14/2021                                                        Franklin L. Robinson Jr., Esquire   /s/
Date                                                                  Franklin L. Robinson Jr., Esquire
                                                                           5907 Penn Avenue
                                                                           Suite 200
                                                                           Pittsburgh, PA 15206
                                                                           (412) 363-6685
                                                                           PA ID No. #74464
                                                                           frobi69704@aol.com

SURIN

Atlantic Credit and Finance
414 Grant Street 1st Floor
Pittsburgh, PA 15219

Deutsche Bank National Trust Company
C/O Federman & Associates
305 York Road
Jenkintown, PA 19046

Duquesne Light Company
P.O. Box 67
Pittsburgh, PA 15267

PWSA
Penn Liberty Plaza I
1200 Penn Avenue
Pittsburgh, PA 15222

Verizon
Po Box 920041
Dallas, TX 75392-0041


Ronda J. Winnecour, Trustee
600 Grant Street
Suite 3250 USX Tower
Pittsburgh, PA  15219