IN THE UNITED STATES BANKRUPTCY COURT FOR THE WESTERN DISTRICT OF PENNSYLVANIA

IN RE:

| | |
|---|---|
| SUZANNE SURIN<br>　　　　　Debtor<br><br>PEOPLES NATURAL GAS COMPANY, LLC<br>　　　　　Movant,<br>　vs.<br>SUZANNE SURIN, and RONDA J. WINNECOUR, ESQUIRE, Trustee<br>　　　　　Respondents. | )<br>) Bankruptcy Case No. 17-23206-CMB<br>)<br>) Related to Docket Nos. 98 and 99, 103<br>) Chapter 13<br>)<br>) Hearing Date: 5/11/21<br>) Hearing Time: 1:30 PM<br>)<br>)<br>)<br>) |

FILED
5/7/21 7:00 am
CLERK
U.S. BANKRUPTCY
COURT - WDPA

<u>CONSENT ORDER OF COURT</u>

　　　　AND NOW, to wit this <u> 7th  </u> day of <u>  May      </u>, 2021, come the parties, by and through their respective counsel and stipulate and consent to the entry of this Order of Court:

　　　　1.　　The Court finds that the Debtor has fallen behind on her post petition gas bill since filing the instant case.

　　　　2.　　A Motion for Allowance of Administrative claim has been filed.  In this case, the Debtor has subsequently brought the account current.

　　　　3.　　The instant Motion shall be dismissed without prejudice, since the debtor has cured the delinquency this time.

　　　　4.　　The Debtor and the Debtor's counsel agree that if it becomes necessary to file another Motion for Allowance of Administrative Claim because of a post petition delinquency, then the post petition gas account must be included in the Chapter 13 Plan without further controversy or opposition.   There will be no exceptions.

　　　　　　　　　　　　　　　　　　　　BY THE COURT:

　　　　　　　　　　　　　　　　　　　　_[signature: Carlota M. Böhm]_ dmr
　　　　　　　　　　　　　　　　　　　　Carlota M. Böhm
　　　　　　　　　　　　　　　　　　　　Chief United States Bankruptcy Court Judge

Consented to by:

/s/ Franklin L. Robinson Jr.　　　　　　　/s/S. James Wallace
Franklin L. Robinson Jr., Esquire　　　　S. James Wallace, Esquire
Attorney for Debtor　　　　　　　　　　　Atty for Peoples Natural Gas Company, LLC
Pa. I.D. No. 74464　　　　　　　　　　　Pa. I.D. No. 28815
5907 Penn Avenue, Suite 212　　　　　　GRB Law
Pittsburgh, PA 15206　　　　　　　　　　Frick Building, 437 Grant Street, 14th Floor
412-363-6685　　　　　　　　　　　　　　Pittsburgh, PA 15219
frobi69704@aol.com　　　　　　　　　　　412-281-0587
　　　　　　　　　　　　　　　　　　　　jwallace@grblaw.com

United States Bankruptcy Court

Western District of Pennsylvania

In re:  
Suzanne Surin  
    Debtor

Case No. 17-23206-CMB  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0315-2      User: dric      Page 1 of 2  
Date Rcvd: May 07, 2021      Form ID: pdf900      Total Noticed: 1

The following symbols are used throughout this certificate:  
**Symbol     Definition**

+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on May 09, 2021:**

| Recip ID | Recipient Name and Address |
|---|---|
| db | + Suzanne Surin, 1615 Chislett Street, Pittsburgh, PA 15206-1312 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**  
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

## NOTICE CERTIFICATION

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309):** Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: May 09, 2021      Signature:      /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on May 7, 2021 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Brian Nicholas | on behalf of Creditor Deutsche Bank National Trust Company as Trustee for FFMLT Trust 2006- FF4, Mortage Pass-Through Certificates, Series 2006-FF4 bnicholas@kmllawgroup.com |
| Franklin L. Robinson, Jr. | on behalf of Debtor Suzanne Surin frobi69704@aol.com flrlegal@excite.com;robinsonfr66530@notify.bestcase.com |
| Jeffrey R. Hunt | on behalf of Creditor Pittsburgh Water & Sewer Authority jhunt@grblaw.com cnoroski@grblaw.com |
| Keri P. Ebeck | on behalf of Creditor Duquesne Light Company kebeck@bernsteinlaw.com jbluemle@bernsteinlaw.com |
| Lisa Cancanon | on behalf of Creditor Specialized Loan Servicing LLC lisac@w-legal.com Llombardi06@law.du.edu |
| Office of the United States Trustee | ustpregion03.pi.ecf@usdoj.gov |

District/off: 0315-2 User: dric Page 2 of 2
Date Rcvd: May 07, 2021 Form ID: pdf900 Total Noticed: 1

Ronda J. Winnecour
    cmecf@chapter13trusteewdpa.com

S. James Wallace
    on behalf of Creditor Peoples Natural Gas Company LLC ecfpeoples@grblaw.com  Equitablebankruptcy@peoples-gas.com

TOTAL: 8