IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | : | Chapter 13 |
| | : | |
| SUZANNE SURIN, | : | Case No. 17-23206-CMB |
| Debtor(s) | : | |
| | : | |
| | : | Doc No. |
| | : | |
| FRANKLIN L. ROBINSON, JR., Esquire, | : | Hearing date and time: |
| Applicant, | : | 9-20-2022 at 11:00 a.m. |
| v. | : | |
| | : | |
| NO RESPONDENT. | : | |

**CERTIFICATE OF SERVICE OF SUMMARY COVER SHEET AND NOTICE OF HEARING ON PROFESSIONAL FEES IN CHAPTER 13 ON BEHALF OF FRANKLIN L. ROBINSON, JR. AND APPLICATION FOR PROFESSIONAL FEES**

I certify under penalty of perjury that I served above captioned pleading on the parties at the addresses specified below or on the attached list on August 16, 2022.

The type(s) of service made on the parties (first-class mail, electronic notification, hand delivery, or other types of service) was   First-Class Mail   .

If more than one method of service was employed, this certificate of service groups the parties by the type of service.  For example, the names and addresses of parties served by electronic notice will be listed under the heading "Service by Electronic Notification." and those served by mail will be listed under the heading "Service by First-Class Mail."

August 16, 2022                           Franklin L. Robinson Jr.,  Esquire    /s/
Date                                      Franklin L. Robinson Jr., Esquire
                                          5907 Penn Ave., Suite 200
                                          Pittsburgh, PA 15206
                                          (412) 363-6685
                                          PA ID No. # 74464
                                          Frobin69704@aol.com

SURIN

Atlantic Credit and Finance
414 Grant Street
Pittsburgh, PA 15219

Deutsche Bank National Trust
305 York Road
Jenkintown, PA 19046

Duquesne Light
PO Box 67
Pittsburgh, PA 15267

PWSA
Penn Liberty Plaza 1
Pittsburgh, PA 15222

Ronda J. Winnecour, Trustee
600 Grant Street
Pittsburgh, PA 15219

Verizon
PO Box 920041
Dallas, TX 75392