IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | : | Chapter 13 |
| | : | |
| SUZANNE SURIN, | : | Case No. 17-23206-CMB |
| Debtor(s) | : | |
| | : | Related to: Document No. 122 |
| | : | |
| | : | **ENTERED BY DEFAULT** |
| FRANKLIN L. ROBINSON, JR., Esquire, | : | |
| Applicant, | : | |
| v. | : | |
| | : | |
| NO RESPONDENT. | : | |

ORDER OF COURT

AND NOW, this  9th   day of   September   , 2022, upon consideration of the foregoing Application of Franklin L. Robinson, Jr., Esquire for Application for Compensation and Reimbursement of Expenses as Counsel for the Debtor is approved in the amount of $6,500.00 for services rendered on behalf of the Debtor for the period between August 8, 2017 to August 16, 2022, which represents $1,500.00 in additional attorney fees and $0.00 costs.

BY THE COURT,

Carlota M. Böhm                          glb
Chief United States Bankruptcy Judge

FILED
9/9/22 9:36 am
CLERK
U.S. BANKRUPTCY
COURT - WDPA

United States Bankruptcy Court

Western District of Pennsylvania

In re:     Case No. 17-23206-CMB

Suzanne Surin     Chapter 13

    Debtor

# CERTIFICATE OF NOTICE

District/off: 0315-2     User: auto     Page 1 of 2

Date Rcvd: Sep 09, 2022     Form ID: pdf900     Total Noticed: 1

The following symbols are used throughout this certificate:
**Symbol     Definition**

\+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 11, 2022:**

| Recip ID | Recipient Name and Address |
|---|---|
| db | + Suzanne Surin, 1615 Chislett Street, Pittsburgh, PA 15206-1312 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 11, 2022     Signature:     /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on September 9, 2022 at the address(es) listed below:

**Name**     **Email Address**

Brian Nicholas
    on behalf of Creditor Deutsche Bank National Trust Company as Trustee for FFMLT Trust 2006- FF4, Mortage Pass-Through Certificates, Series 2006-FF4 bnicholas@kmllawgroup.com

Franklin L. Robinson, Jr.
    on behalf of Debtor Suzanne Surin frobi69704@aol.com flrlegal@excite.com;robinsonfr66530@notify.bestcase.com

Jeffrey R. Hunt
    on behalf of Creditor Pittsburgh Water & Sewer Authority jhunt@grblaw.com

Keri P. Ebeck
    on behalf of Creditor Duquesne Light Company kebeck@bernsteinlaw.com jbluemle@bernsteinlaw.com

Lisa Cancanon
    on behalf of Creditor Specialized Loan Servicing LLC lisac@w-legal.com Llombardi06@law.du.edu

Office of the United States Trustee

| District/off: 0315-2 | User: auto | Page 2 of 2 |
|---|---|---|
| Date Rcvd: Sep 09, 2022 | Form ID: pdf900 | Total Noticed: 1 |

ustpregion03.pi.ecf@usdoj.gov

Ronda J. Winnecour
    cmecf@chapter13trusteewdpa.com

S. James Wallace
    on behalf of Creditor Peoples Natural Gas Company LLC ecfpeoples@grblaw.com Equitablebankruptcy@peoples-gas.com

TOTAL: 8