## IN THE UNITED STATES BANKRUPTCY COURT
### WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE:<br>    SUZANNE SURIN<br><br>            Debtor(s)<br><br>    Ronda J. Winnecour<br>            Movant<br>                vs.<br>    No Repondents. | Case No.:17-23206<br><br>Chapter 13<br><br>Related to:  Document No. 132<br><br>**ENTERED BY DEFAULT** |

### ORDER OF COURT

AND NOW, this _____12th_____ day of _____December_____, 20 _22_, upon consideration of the **Chapter 13 Trustee's Motion for Discharge of Debtor and Approval of Trustee's Report of Receipts and Disbursements**, and following notice to the creditors and an opportunity to be heard, it is hereby **ORDERED, ADJUDGED** and **DECREED**, as follows:

(1). This Court finds that the Chapter 13 plan, as supplemented by any and all amendments, has been fully and finally completed.

(2). The debtor(s) is/are entitled to and shall receive a discharge in this case pursuant to Section 1328(a) of the Bankruptcy Code.

(3). To the extent not previously terminated, the wage attachment(s) issued in this case is/are immediately terminated and the debtor(s) shall serve a copy of this order on any affected employer(s).

(4). Property of the estate hereby revests in the debtor(s).  This revestment of property is free and clear of any and all claims or interests except as otherwise treated in the plan or in the Order confirming the Plan.  All restrictions of the debtor(s)' use of the property of the estate is hereby terminated.

(5). Each and every creditor is bound by the provisions of the completed plan, whether or not the claim of such creditor is provided for in the Plan, and whether or not such creditor has objected to, has accepted or  rejected the plan.  All mortgage and other secured debts provided for by the Plan are hereby found to be cured of any and all monetary defaults as of the payment date for which the Trustee last made a distribution, and no additional interest, late fees or penalties may be assessed for time periods or payments due prior to that date.

(6). After all distribution checks have been negotiated or funds deposited into the Court's registry, the Trustee shall file UST Form 13-FR-S: Chapter 13 Standing Trustee's Final Report and Account (the "Final Report").  Upon submission of the Final Report, the Trustee is discharged from her duties in this case and the case will be closed.

BY THE COURT:

FILED
12/12/22 8:32 am
CLERK
U.S. BANKRUPTCY
COURT - WDPA

_____  glb
Carlota M. Böhm
United States Bankruptcy Judge

United States Bankruptcy Court

Western District of Pennsylvania

In re:                                                                                          Case No. 17-23206-CMB

Suzanne Surin                                                                          Chapter 13

    Debtor

# CERTIFICATE OF NOTICE

District/off: 0315-2                         User: auto                                      Page 1 of 2

Date Rcvd: Dec 12, 2022                   Form ID: pdf900                          Total Noticed: 16

The following symbols are used throughout this certificate:

**Symbol       Definition**

+          Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Dec 14, 2022:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Suzanne Surin, 1615 Chislett Street, Pittsburgh, PA 15206-1312 |
| cr | + | DEUTSCHE BANK NATIONAL TRUST COMPANY, 14841 Dallas Parkway, Suite 300, Dallas, TX 75254-7883 |
| cr | + | Deutsche Bank National Trust Company, PO Box 9013, Addison, TX 75001-9013 |
| cr | + | Deutsche Bank National Trust Company, 14841 Dallas Parkway, Suite 425, Dallas, TX 75254-8067 |
| 14672806 | + | Atlantic Credit and Finance, 414 Grant Street, Pittsburgh, PA 15219-2409 |
| 14672807 | + | Dentsche Bank National Trust, 305 York Road, Jenkintown, PA 19046-3249 |
| 14680586 | + | Deutsche Bank National Trust, 305 York Road, Jenkintown, PA 19046-3249 |
| 14672808 | + | Duquesne Light, PO Box 67, Pittsburgh, PA 15267-0067 |
| 14672809 | | PWSA, Penn Liberty Plaza 1, Pittsburgh, PA 15222 |

TOTAL: 9

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | + | Email/Text: ebnpwsa@grblaw.com | Dec 13 2022 00:08:00 | Pittsburgh Water & Sewer Authority, Goehring, Rutter, and Boehm, 437 Grant Street, 14th Floor, Frick Building, Pittsburgh, PA 15219, UNITED STATES 15219-6101 |
| cr | + | Email/Text: bkelectronicnoticecourtmail@computershare.com | Dec 13 2022 00:08:00 | Specialized Loan Servicing LLC, 8742 Lucent Blvd, Suite 300, Highlands Ranch, CO 80129-2386 |
| 14682080 | + | Email/Text: bkelectronicnoticecourtmail@computershare.com | Dec 13 2022 00:08:00 | Deutsche Bank National Trust Co. Trustee (See 410), c/o Specialized Loan Servicing LLC, 8742 Lucent Blvd, Suite 300, Highlands Ranch, Colorado 80129-2386 |
| 14690612 | + | Email/Text: ebnpeoples@grblaw.com | Dec 13 2022 00:08:00 | Peoples Natural Gas Company LLC, c/o S. James Wallace, P.C., 845 N. Lincoln Avenue, Pittsburgh, PA 15233-1828 |
| 14705184 | + | Email/Text: ebnpwsa@grblaw.com | Dec 13 2022 00:08:00 | Pittsburgh Water & Sewer Authority, Goehring, Rutter & Boehm, c/o Jeffrey R. Hunt, Esquire, 437 Grant Street, 14th Floor, Frick Building, Pittsburgh, PA 15219-6101 |
| 14883783 | + | Email/Text: bkelectronicnoticecourtmail@computershare.com | Dec 13 2022 00:08:00 | Specialized Loan Servicing LLC, 6200 S. Quebec Street, Greenwood Village, CO 80111-4720 |
| 14672810 | + | Email/Text: wfmelectronicbankruptcynotifications@verizonwireless.com | Dec 13 2022 00:08:00 | Verizon, PO Box 920041, Dallas, TX 75392-0041 |

TOTAL: 7

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | | Deutsche Bank National Trust Company, as Trustee f |
| cr | | Duquesne Light Company |

| District/off: 0315-2 | User: auto | Page 2 of 2 |
|---|---|---|
| Date Rcvd: Dec 12, 2022 | Form ID: pdf900 | Total Noticed: 16 |

| cr | *+ | DEUTSCHE BANK NATIONAL TRUST COMPANY, 14841 Dallas Pkwy Suite 425, Dallas, TX 75254-8067 |
|---|---|---|
| cr | *+ | DEUTSCHE BANK NATIONAL TRUST COMPANY, 14841 Dallas Parkway, Suite 425, Dallas, TX 75254-8067 |
| cr | *+ | Deutsche Bank National Trust Company, 14841 Dallas Parkway, Suite 425, Dallas, TX 75254-8067 |
| cr | *+ | Deutsche Bank National Trust Company, 14841 Dallas Parkway, Suite 425, Dallas, TX 75254-8067 |
| cr | *+ | Peoples Natural Gas Company LLC, c/o S. James Wallace, P.C., 845 N. Lincoln Ave., Pittsburgh, PA 15233-1828 |
| 14672813 | *+ | Atlantic Credit and Finance, 414 Grant Street, Pittsburgh, PA 15219-2409 |
| 14680585 | *+ | Atlantic Credit and Finance, 414 Grant Street, Pittsburgh, PA 15219-2409 |
| 14672814 | *+ | Dentsche Bank National Trust, 305 York Road, Jenkintown, PA 19046-3249 |
| 15094056 | *+ | Deutsche Bank National Trust Co. Trustee (See 410), c/o Specialized Loan Servicing LLC, 8742 Lucent Blvd, Suite 300, Highlands Ranch, Colorado 80129-2386 |
| 14672815 | *+ | Duquesne Light, PO Box 67, Pittsburgh, PA 15267-0067 |
| 14680587 | *+ | Duquesne Light, PO Box 67, Pittsburgh, PA 15267-0067 |
| 14672816 | * | PWSA, Penn Liberty Plaza 1, Pittsburgh, PA 15222 |
| 14680588 | * | PWSA, Penn Liberty Plaza 1, Pittsburgh, PA 15222 |
| 14672817 | *+ | Verizon, PO Box 920041, Dallas, TX 75392-0041 |
| 14680589 | *+ | Verizon, PO Box 920041, Dallas, TX 75392-0041 |

TOTAL: 2 Undeliverable, 15 Duplicate, 0 Out of date forwarding address

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 14, 2022            Signature:        /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on December 12, 2022 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Brian Nicholas | |
| | on behalf of Creditor Deutsche Bank National Trust Company  as Trustee for FFMLT Trust 2006- FF4, Mortage Pass-Through Certificates, Series 2006-FF4 bnicholas@kmllawgroup.com |
| Franklin L. Robinson, Jr. | |
| | on behalf of Debtor Suzanne Surin frobi69704@aol.com  flrlegal@excite.com;robinsonfr66530@notify.bestcase.com |
| Jeffrey R. Hunt | |
| | on behalf of Creditor Pittsburgh Water & Sewer Authority jhunt@grblaw.com |
| Keri P. Ebeck | |
| | on behalf of Creditor Duquesne Light Company kebeck@bernsteinlaw.com  jbluemle@bernsteinlaw.com |
| Lisa Cancanon | |
| | on behalf of Creditor Specialized Loan Servicing LLC lisac@w-legal.com  Llombardi06@law.du.edu |
| Office of the United States Trustee | |
| | ustpregion03.pi.ecf@usdoj.gov |
| Ronda J. Winnecour | |
| | cmecf@chapter13trusteewdpa.com |
| S. James Wallace | |
| | on behalf of Creditor Peoples Natural Gas Company LLC ecfpeoples@grblaw.com  Equitablebankruptcy@peoples-gas.com |

TOTAL: 8